UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GARY T. SCHMIDT,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-221-CI

**JUDGMENT IN A CIVIL CASE**

### DECISION BY THE COURT:

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: September 14, 2010

                JAMES R. LARSEN
                District Court Executive/Clerk

                s/ L. Stejskal
                Deputy Clerk